UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MICHAEL ALEXANDER CHACON RIOS,     Petitioner,

v.     Civil Action No. 4:25-cv-108-RGJ

MIKE LEWIS, Jailer, Hopkins County Jail;
SAMUEL OLSON; Field Office Director, Chicago
Field Office, Immigration and Customs Enforcement
TODD M. LYONS, Acting Director, or his agent, U.S.
Immigration and Customs Enforcement;
And KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security; and
PAMELA JO BONDI, United States Attorney General,
in their official capacities     Respondents.

\* \* \* \* \*

### ORDER

The parties submitted a joint proposed order to remand the scheduled Show Cause hearing and order further briefing based upon the Supreme Court's granting of the United States' application for a stay in *Noem v. Nat'l TPS All.*, 606 U.S. ---, 2025 WL 2812732 (U.S. Oct. 3, 2025). The Court being otherwise advised, it is **ORDERED** that:

(1) The October 9, 2025, Show Cause hearing in this matter is REMANDED and RESCHEDULED for **October 23, 2025, at 3:00 p.m.** Central Time at the U.S. Courthouse in Owensboro, Kentucky. Counsel may contact the Court's case manager, Ms. Andrea Morgan, at [Andrea_Morgan@kywd.uscourts.gov](mailto:Andrea_Morgan@kywd.uscourts.gov) to arrange for the Petitioner to appear on Zoom

(2) Respondents shall have until October 9, 2025, to submit any additional filings;

(3) Petitioner shall have until October 13, 2025, to submit any additional filings in response.

Date: October 8, 2025

Rebecca Grady Jennings, District Judge
United States District Court