UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MICHAEL ALEXANDER CHACON RIOS,   Petitioner,

v.   Civil Action No. 4:25-cv-108-RGJ

MIKE LEWIS, Jailer, Hopkins County Jail;
SAMUEL OLSON; Field Office Director, Chicago
Field Office, Immigration and Customs Enforcement
TODD M. LYONS, Acting Director, or his agent, U.S.
Immigration and Customs Enforcement;
And KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security; and
PAMELA JO BONDI, United States Attorney General,
in their official capacities   Respondents.

\* \* \* \* \*

**ORDER**

Before the Court is Petitioner's Unopposed Motion for a Voluntary Dismissal. [DE 16]. Petitioner noted that they alerted the United States, and the United States did not contest the dismissal. [DE 16 at 102]. The Court being otherwise advised, it is **ORDERED** that:

(1) The above captioned Petition for Writ of Habeas Corpus is dismissed without prejudice.

Date: